RECEIVED
NOV [illegible] 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ROBERT SMITH

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 96-70-01ML

SCANNED

(Name and Address of Defendant)

Robert Smith
[redacted]

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time<br>Monday, November 14, 2005 at 10:00 am |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☒ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 353(d)

Brief description of offense:

Probation Violation

[signature]

Signature of Issuing Officer

November 2, 2005

Date

Martha Saucier/ Deputy Clerk

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.