PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

**Amended Petition for Warrant for Offender Under Supervision**

**Name of Offender:** Robert Smith **Case Number**: 1:96-CR-00070-01

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** March 21, 1997

**Original Offense:** Count I: Conspiracy to Commit Bank Fraud, Counts II - VI & VIII - X: Bank Fraud

**Original Sentence:** Five years imprisonment as to all counts, to run concurrent, five years supervised release as to Counts II - VI and VIII - X and three years supervised release as to Count I, to run concurrent with Counts II - VI and VIII - X. As special conditions he was ordered to participate in substance abuse treatment, pay $123,198.37 restitution, joint and several with co-defendants, and a $450.00 special assessment.

On August 12, 2003, Mr. Smith's conditions were modified to include the defendant's participation in an inpatient or outpatient substance abuse program approved by the U.S. Probation Department.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** March 16, 2003

**Assistant U.S. Attorney:** Richard W. Rose **Defense Attorney:** Federal Public Defender

**DEFENDANT HAS PREVIOUS VIOLATION OFFENSE(S)**

**Date of Violation Sentence:** October 2, 2003

**Violation Offense(s):** Violation #1: The defendant shall not commit another federal, state or local crime; Violation #2: The defendant shall refrain from any unlawful use of a controlled substance; Violation #3: The defendant shall report to the probation officer and shall submit truthful and complete written reports within the first five days of each month; Violation #4: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons; Violation #5 & #6: The defendant shall participate in an inpatient or outpatient substance abuse program approved by the U.S. Probation Department, which program may include testing to determine whether he has reverted to the use of drugs or alcohol.

**Violation Sentence:** Twenty-one months incarceration, thirty-nine months supervised release, a $450 special assessment and $123,198.37 restitution. As a special condition, he shall participate in an inpatient or outpatient substance abuse program approved by the U.S. Probation Department.

**Date Supervision Recommenced:** March 17, 2005

---

**PETITIONING THE COURT**

☒ To issue a **Warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| **Standard Condition** | **"While on supervision, the defendant shall not commit another federal, state, or local crime."**<br><br>On September 26, 2005, Mr. Smith operated a motor vehicle with a suspended license as evidenced by his October 5, 2005, plea of nolo contendere in Sixth Division District Court. |
| **Standard Condition** | **"The defendant shall refrain from any unlawful use of a controlled substance."**<br><br>Mr. Smith used cocaine and marihuana as evidenced by his March 21, 2005, and October 18, 2005, positive urine specimens and admissions to drug use. Also, he used marihuana on September 28, 2005, as evidenced by his positive urine screen and admission to drug use. |
| **Condition # 3** | **"The defendant shall follow the instructions of the probation officer."**<br><br>Mr. Smith has failed to discontinue using his cousin's Prozac medication as directed by United States Probation Officer David S. Borrelli on September 29, 2005, October 13, 2005, October 18, 2005 and October 19, 2005. |
| **Condition # 3** | **"The defendant shall follow the instructions of the probation officer."**<br><br>Mr. Smith, whose license was suspended, has failed to discontinue operating a motor vehicle as directed by United States Probation Officer David S. Borrelli on September 29, 2005, October 13, 2005, October 18, 2005 and October 19, 2005. |
| **Condition # 3** | **"The defendant shall follow the instructions of the probation officer."**<br><br>Mr. Smith failed to apply to four jobs per day and document them on an Employment Log as directed by United States Probation Officer David S. Borrelli on October 13, 2005. |
| **Standard Condition** | **"While on supervision, the defendant shall not commit another federal, state, or local crime."** |

Mr. Smith committed an Armed Robbery of a Citizens Bank Branch located in Attleboro, Massachusetts on December 7, 2005.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Warrant so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 12/13/05

I declare under the penalty of perjury that the foregoing is true and correct:

David S. Borrelli
U.S. Probation Officer

Date: 12/13/05

## The Court Orders

- ☐ No Action
- ☑ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

Honorable Mary M. Lisi
U.S. District Judge

12/14/05
Date