6930067

RECEIVED
DEC 1 5 2005
US MARSHALS
RHODE ISLAND

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ROBERT SMITH

**WARRANT FOR ARREST**

CASE NUMBER: 1:96-CR-070-01ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT SMITH
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title 18 United States Code, Section(s) 3583(d) Violations of Supervised Release

John Duhamel
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

J. Duhamel
Signature of Issuing Officer

December 14, 2005
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at DeKalb Cty Jail by N/GA U.S. Marshals | | |
| DATE RECEIVED 12/15/2005<br>DATE OF ARREST 01/05/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>CJ Wyant<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>CJ Wyant |

his form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.