**MAGISTRATE'S CRIMINAL MINUTES** **FILED IN OPEN COURT**

**REMOVALS (RULE 5 & 5.1)** **DATE: 1/3/06 @ 5:07**

**TAPE: CCH 06-02 @ 65**

**MAGISTRATE C. CHRISTOPHER HAGY, PRESIDING CAROLE BURKS DEPUTY CLERK**

**CASE NUMBER 1:05-MJ-011** **DEFENDANT'S NAME ROBERT SMITH**
**AUSA Jon Peter Kelly** **DEFENDANT'S ATTY Kendal Silas**
**USPO SHELLY JONES** **Type FDP**

__X__ Initial appearance hearing held.
__X__ Defendant informed of rights.
__X__ ORDER appointing Federal Defender Program attorney for defendant.
_____ ORDER appointing ______________________ attorney for defendant.
_____ ORDER defendant shall pay attorney's fees as follows: ______________________

______________________________________________________

_____ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
__X__ Defendant WAIVES preliminary hearing (__X__ In this district only). WAIVER FILED.
_____ Removal hearing set/reset/cont to ______________ @ ______________.
_____ Removal hearing HELD.
_____ Order finding Probable Cause. Defendant held to District Court for removal to other district.
_____ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
__X__ Order defendant removed to other district. Commitment issued 1/3/06
_____ Miscellaneous: ______________________________________________

## BOND/PRETRIAL DETENTION HEARING

_____ Government Motion for DETENTION filed.
_____ Bond/Pretrial DETENTION hearing held.
_____ Pretrial detention hearing set for ______________________. (__ In charging district)
_____ (___VERBAL) Motion to reduce bond GRANTED.
_____ (___VERBAL) Motion to reduce bond DENIED.
_____ Pretrial DETENTION ORDERED. (Written order to follow ________).
_____ BOND SET at $______________________________________.
_______ NON-SURETY
_______ SURETY/CASH: ______ Property Acceptable: _____ Corporate Surety Only
_______ Combination: ______________________________________
_____ SPECIAL CONDITIONS:______________________________________

______________________________________________________

______________________________________________________

_____ BOND FILED. Defendant RELEASED.
_____ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

**WITNESSES:**

**EXHIBITS:**

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 0 3 2006

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT SMITH

Defendant.

CASE NO. 1:06-MJ-0011

**ORDER APPOINTING COUNSEL**

KENDAL SILAS

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 3rd day of January, 2006.

**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

ROBERT SMITH
Defendant

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: 1:06-MJ-0011

CHARGING DISTRICTS CASE NUMBER: 1:96-CR-070-01-ML

I understand that charges are pending in the ____________ District of RHODE ISLAND alleging violation of SUPERVISED RELEASE (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

**(1)** **retain counsel or request the assignment of counsel if I am unable to retain counsel;**

**(2)** **an identity hearing to determine whether I am the person named in the charges;**

**(3)** **a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and**

**(4)** **Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.**

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) **identity hearing**

( ) **preliminary hearing**

(✓) **identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.** Mr. Smith also reserves the right to a detention hearing in the charging district.

Robert Smith
***Defendant***

1/3/06
***Date***

***Defense Counsel***

AO 472 (Rev. 3/86) Order of Detention Pending Trial

FILED IN OPEN COURT
U.S.D.C. Atlanta
JAN 03 2006
LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT

NORTHERN District of GEORGIA

UNITED STATES OF AMERICA
V.
ROBERT SMITH
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 1:06-MJ-0011

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed that is
- ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
- ☐ an offense for which the maximum sentence is life imprisonment or death.
- ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in ______ .*
- ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).

☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

**Alternative Findings (A)**

☐ (1) There is probable cause to believe that the defendant has committed an offense
- ☐ for which a maximum term of imprisonment of ten years or more is prescribed in ______ .
- ☐ under 18 U.S.C. § 924(c).

☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

**Alternative Findings (B)**

☑ (1) There is a serious risk that the defendant will not appear.

☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

Violation of conditions of release. Defendant did not

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☐ clear and convincing evidence ☐ a preponderance of the evidence that

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

January 3, 2006
Date

[signature]
*Signature of Judicial Officer*

C. CHRISTOPHER HAGY, U. S. MAGISTRATE JUDGE
*Name and Title of Judicial Officer*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

AO 94 (Rev. 12/03) Commitment to Another District

FILED IN OPEN COURT
U.S.D.C. Atlanta
JAN 03 2006
LUTHER D. THOMAS, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

NORTHERN District of GEORGIA

UNITED STATES OF AMERICA
V.

ROBERT SMITH

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:96-CR-070-01-01-ML | 1:06-MJ-011 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment ☐ Information ☐ Complaint X Other (specify)

**charging a violation of** U.S.C. §

**DISTRICT OF OFFENSE**
DISTRICT OF RHODE ISLAND

**DESCRIPTION OF CHARGES:**

VIOLATION OF SUPERVISED RELEASE

ATTEST: A TRUE COPY
CERTIFIED THIS
JAN 04 2006
Luther D. Thomas, Clerk
By: Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify) DFT WAIVED DETENTION

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language:

**DISTRICT OF** RHODE ISLAND

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 3, 2006
Date

Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

(404) 215-1441

JANUARY 5, 2006

Clerk's Office:

Rule 5 & 5.1 proceedings were held in this district on regarding, USA v. Robert Smith N.D.Ga. Case No. 1:06-MJ-011 , Your case No. 1:96-cr-070-01-ML Enclosed are our documents of said proceedings.

If you have any questions, please call the me at (404) 215-1441.

Sincerely,

Carole Burks
Deputy Clerk

Enclosure