(Rev. 6/05) Judgment in a Criminal Case for Revocation - Sheet 1

# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
ROBERT SMITH

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: **1:96CR00070-01ML**

USM Number: **04354-070**

**Edward C. Roy, Jr., Esq.**
Defendant's Attorney

RECEIVED
MAR 14 2006
US MARSHALS
RHODE ISLAND

**THE DEFENDANT:**

[✓] admitted guilt to violation of conditions of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|

**See next page.**

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

RECEIVED
2006 MAY 22 A
U.S. MARSHAL'S O...
DISTRICT OF R...

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-5749

Defendant's Date of Birth: 1965

Defendant's Residence Address:
**Donald W. Wyatt Detention Center**
**Central Falls, RI 02863**

Defendant's Mailing Address:
**Donald W. Wyatt Detention Center**
**Central Falls, RI 02863**

**March 9, 2006**
Date of Imposition of Sentence

Mary M. Lisi
Signature of Judicial Officer

**MARY M. LISI**
**United States District Judge**
Name & Title of Judicial Officer

March 10, 2006
Date

Attest to True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk

159

# VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | "The defendant shall not commit another federal, state or local crime." | September 26, 2005 |
| 2 | "The defendant shall refrain from any unlawful use of a controlled substance." | October 18, 2005 |
| 3 | "The defendant shall follow the instructions of the probation officer." | October 19, 2005 |
| 4 | "The defendant shall follow the instructions of the probation officer." | October 19, 2005 |
| 5 | "The defendant shall follow the instructions of the probation officer." | October 13, 2005 |

# IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 months, with no further term of supervision.**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on May 16, 2006 to USP Hazelton

at Bruceton Mills WV, with a certified copy of this judgment.

[signature]
~~UNITED STATES MARSHAL~~

By [signature]
Deputy ~~United States Marshal~~

CASE NUMBER: **1:96CR00070-01ML**
DEFENDANT: **ROBERT SMITH**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | N/A | N/A | *$123,198.37 |

***The Court reimposes the order of restitution as set forth in the original judgment imposed in this case on March 21, 1997. Interest does not accrue on this debt.**

[ ] The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[✓] **The defendant shall make restitution (including community restitution) to the following payees in the amount listed.**

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| **See next page.** | | | |
| TOTALS: | $123,198.37 | $123,198.37 | |

[ ] If applicable, restitution amount ordered pursuant to plea agreement. $______

[ ] The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[ ] the interest requirement is waived for the [ ] fine and/or [ ] restitution.

[ ] the interest requirement for the [ ] fine and/or [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

.ASE NUMBER: **1:96CR00070-01ML** 
DEFENDANT: **ROBERT SMITH**

# RESTITUTION PAYEES

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| **Citizens Bank and Trust Company** | **$39,082.48** | **$39,082.48** | **32%** |
| **Fleet Bank** | **$12,700.00** | **$12,700.00** | **10%** |
| **Fleet Bank** | **$46,739.00** | **$46,739.00** | **38%** |
| **Rhode Island Hospital Trust Bank** | **$12,399.00** | **$12,399.00** | **10%** |
| **Bank of Boston** | **$12,277.89** | **$12,277.89** | **10%** |
| TOTALS: | **$123,198.37** | **$123,198.37** | **100%** |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [✓] **Payment of <u>$123,198.37</u> (restitution) due immediately, <u>less any payments already made</u>.**

[ ] not later than _, or
[ ] in accordance with [] C, [] D, [] E, or [] F below; or

B [ ] Payment to begin immediately (may be combined with [] C, [] D, or [] F below); or

C [ ] Payment in equal _ (e.g., weekly, monthly, quarterly) installments of $_ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ] Payment in equal _ (e.g., weekly, monthly, quarterly) installments of $_ over a period of _ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [ ] Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[✓] **Joint and Several**

**Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.**

| | | |
|---|---|---|
| **1:96CR00070-01ML** | **Robert Smith** | **$123,198.37** |
| **1:96CR00070-02ML** | **Jason Smith** | **$123,198.37** |
| **1:96CR00070-04ML** | **James Wise** | **$123,198.37** |

[] The defendant shall pay the cost of prosecution.

[] The defendant shall pay the following court cost(s):

[] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3 )restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.